AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

BARRY C. ROWE,

       Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                         CASE NUMBER: **3:04-cv-00444-PMP-VPC**

STATE OF NEVADA, et al.,

       Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Second Amended Petition (Document No. 90) is DENIED.

   February 16, 2011                                  **LANCE S. WILSON**
                                                             Clerk

                                                     /s/ Katie Lynn Ogden
                                                           Deputy Clerk