# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARRY C. ROWE,<br>　　　　　Petitioner,<br>vs.<br>STATE OF NEVADA, *et al.*,<br>　　　　　Respondents. | 3:04-cv-00444-PMP-VPC<br><br>**ORDER** |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, brought by petitioner Barry C. Rowe, a Nevada prisoner. The petition was denied on its merits and a certificate of appealability was denied on February 15, 2011. (ECF No. 103.) Petitioner has filed a notice of appeal and motions seeking a certificate of appealability and appointment of counsel. Having previously considered and denied these matters, the Court has been given no reason to reconsider its decision. These motions shall be denied. Petitioner may seek further relief from the Ninth Circuit Court of Appeals, should he wish to do so.

**IT IS FURTHER ORDERED** that the motions for Certificate of Appealability (ECF No. 106) and for Appointment of Counsel (ECF No. 107) are **DENIED.**

DATED: March 1, 2011.

_____
PHILIP M. PRO
United States District Judge